JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASMYN SANCHEZ, et al.,<br><br>　　　　　Defendants. | Case No.  EDCV 08-1672-CAS (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  May 14, 2010

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE